# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

ARTHUR J. GONZALEZ, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ANDREW G. BIGGS, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; BETTY A. ROSA, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico,

    *Plaintiffs-Appellees*,

v.

SERGIO GOR, in the official capacity as Director of the White House Personnel Office; DONALD J. TRUMP, in the official capacity as President of the United States of America; JOHN E. NIXON, in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ROBERT F. MUJICA, JR. in the official capacity as the Executive Director of the Federal Oversight and Management Board for Puerto Rico,

    *Defendants-Appellants*.

No. 25-2158

## UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE

1. This case concerns a challenge by three Members of the Federal Oversight and Management Board for Puerto Rico who were removed from their positions by the President for cause pursuant to 48 U.S.C. § 2121(e)(5)(A)-(B). This interlocutory appeal arises from a preliminary injunction issued by the U.S. District Court for the

District of Puerto Rico, which enjoins defendants as well as their officers or agents from effectuating the removal of the Board Members.

2. At least two of the primary arguments in this case are also at issue in the case concerning the removal of Lisa Cook as a Member of the Board of Governors for the Federal Reserve, including whether a removal for cause is subject to judicial review and whether the President is required to provide notice and an opportunity for a hearing prior to removing a Board Member for cause. The Supreme Court is considering whether the government is entitled to a stay of the order reinstating Ms. Cook to her position and has scheduled the matter for oral argument on January 21, 2026.

3. The federal government moves to put this case into abeyance pending the Supreme Court's resolution of *Cook*. Many of the issues in this appeal will be informed by the Supreme Court's resolution of that stay request and thus abeyance serves the interest of judicial economy. The plaintiffs will not be harmed by the abeyance because they will have the benefit of the preliminary injunction. The parties will notify this Court promptly following the resolution of request for a stay in *Cook*e and propose to file motions to govern further proceedings no later than 30 days from the issuance of any relevant order by the Supreme Court.

4. Counsel for appellees have authorized the undersigned to represent that they do not oppose this motion.

        Respectfully submitted,

        MICHAEL S. RAAB
        DANIEL J. AGUILAR

        <u>/s/ *Laura E. Myron*</u>
        LAURA E. MYRON
          Attorneys, Appellate Staff
          Civil Division
          U.S. Department of Justice
          950 Pennsylvania Ave., N.W.
          Washington, D.C. 20530
          (202) 305-1754

DECEMBER 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 311 words, according to the count of Microsoft Word.

                                                                 */s/ Laura E. Myron*
                                                                LAURA E. MYRON