**IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

ARTHUR J. GONZALEZ, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ANDREW G. BIGGS, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; BETTY A. ROSA, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico,

*Plaintiffs-Appellees*,

v.

SERGIO GOR, in the official capacity as Director of the White House Personnel Office; DONALD J. TRUMP, in the official capacity as President of the United States of America,

*Defendants-Appellants*,

JOHN E. NIXON, in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ROBERT F. MUJICA, JR., in the official capacity as the Executive Director of the Federal Oversight and Management Board for Puerto Rico,

*Defendants-Appellees*.

No. 25-2158

**MOTION TO GOVERN FUTURE PROCEEDINGS**

Pursuant to this Court's order of July 1, 2026, Appellants provide the following motion to govern future proceedings in this appeal.

1. This case concerns a challenge by three Members of the Federal Oversight and Management Board for Puerto Rico who were removed from their positions by the President for cause pursuant to 48 U.S.C. § 2121(e)(5)(A)-(B). This interlocutory

appeal arises from a preliminary injunction issued by the U.S. District Court for the District of Puerto Rico, which enjoins defendants as well as their officers or agents from effectuating the removal of the Board Members.

2. This Court held the appeal in abeyance pending the Supreme Court's disposition of the President's application for a stay in *Cook v. Trump*, No. 25A312, because that application involved several questions also at issue here, including whether a removal for cause is subject to judicial review and whether the President is required to provide notice and an opportunity for a hearing prior to effectuating a removal for cause.

3. Following the Supreme Court's decision on June 29, 2026, denying the application for a stay in *Cook*, appellants respectfully request this Court remand the appeal to the district court for further proceedings consistent with the Supreme Court's opinion. The government is currently considering its next steps in light of the Supreme Court's decision. This Court should remand the case back to district court to allow that process to go forward.

4. We have consulted with plaintiffs' counsel and counsel for the non-federal defendants, and they do not oppose this motion.

Respectfully submitted,

MICHAEL S. RAAB
DANIEL AGUILAR

/s/ *Laura E. Myron*

LAURA E. MYRON
*Counsel for Appellants*
Attorneys, Appellate Staff
Civil Division, Room 7228
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-4819
Laura.e.myron@usdoj.gov

JULY 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 261 words, according to the count of Microsoft Word.

*/s/ Laura E. Myron*
LAURA E. MYRON